NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARY CARROLL, DOC #805289          )
                                  )
      Appellant,                  )
                                  )
v.                                )      Case No. 2D16-4573
                                  )
STATE OF FLORIDA,                 )
                                  )
      Appellee.                   )
_____)

Opinion filed February 21, 2018.

Appeal from the Circuit Court for Polk
County; Sharon M. Franklin, Judge.

Howard L. Dimmig, II, Public Defender,
and Christopher E. Cosden, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Andrew Tetreault,
Assistant Attorney General, and Elba
Caridad Martin-Schomaker, Assistant
Attorney General, Tampa, for Appellee.

PER CURIAM.

      Affirmed.

VILLANTI, CRENSHAW, and BADALAMENTI, JJ., Concur.